LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/09
```

May 15, 2009

**BY FACSIMILE**

Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Lori G. Schwager v. Calantone Monterisi & Co., LLC*
    08-Civ-10533(DC)

Your Honor:

    I represent the Plaintiff, Lori G. Schwager, in the above-referenced action. I write for permission to serve a third-party subpoena pursuant to Rule 45 on Steven Lockwood of Lockwood Pension Services by Federal Express or other overnight delivery service. By process server, I have attempted to serve Mr. Lockwood with such a subpoena, but those efforts have been thwarted on several occasions. I attach an Affidavit of Attempted Service that shows the attempts at personal service, and the evidently deliberate evasion of them.

    Mr. Lockwood was identified by the defendant in its initial disclosures in this action as someone who may have relevant information, and his company as the entity that purchased the over-funded pension assets of the medical practice of Dr. Robert G. Schwager. Mr. Lokwood's testimony will be relevant to an important component of Plaintiff's claim. Defendant's counsel has no objection to this request.

Approved,
SO ORDERED,
[signature]
USDJ
5/20/09

Respectfully Submitted,

[signature]
Thomas M. Mullaney

Cc: Michael Goettig, Esq.
    Vedder Price P.C.