```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
LORI G. SCHWAGER,                    :

              Plaintiff,             :

       - against -                   :       ORDER

CALANTONE MONTERISI & CO., LLC,      :       08 Civ. 10533 (DC)

              Defendant.             :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/21/'09

**CHIN, District Judge**

      The Court is in receipt of a letters from plaintiff's counsel dated June 18, 2009 and counsel for non-party George Kellner dated July 9, 2009. Plaintiff seeks to compel Kellner, as executor of the estate of Robert G. Schwager, to comply with a subpoena seeking Dr. Schwager's business records.

      Upon review of the letters, it is hereby ordered as follows: There being no objection, the executor shall produce responsive, non-privileged documents in response to the subpoena. The only dispute is over who shall bear the cost of production. Given that the estate is not a party to the action, it should not be required to bear the expense of discovery. Accordingly, plaintiff shall bear the cost of production, including reasonable attorneys' fees.

      SO ORDERED.

Dated:    New York, New York
           July 20, 2009

                                            _____
                                            DENNY CHIN
                                            United States District Judge